RECEIVED
IN LAKE CHARLES, LA.

JUN - 1 2011

TONY R. MOORE, CLERK
BY_____
      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| HENRY ROBERT JEAN LEGER<br>A 200 672 505 | : | DOCKET NO. 10-1922 |
| VS. | : | JUDGE MINALDI |
| J.P. YOUNG, et al. | : | MAGISTRATE JUDGE KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein and after an independent review of the record, and a *de novo* determination of the issues, and consideration of the objections filed herein, and having determined that the findings are correct under applicable law; it is

ORDERED that the petition for writ of habeas corpus be **DISMISSED** for want of jurisdiction and that petition's request for a stay of removal be **DENIED**;

IT IS FURTHER ORDERED that all pending motions be DENIED.

THUS DONE AND SIGNED, in Chambers, at Lake Charles, Louisiana, this 31 day of May 2011.

PATRICIA MINALDI
UNITED STATES DISTRICT JUDGE